UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 00-12431-RGS

| | |
|---|---|
| ALEXANDER VOEHRINGER, | ) |
|     Plaintiff, | ) Third-Party Complaint |
| v. | ) |
| PALEX, INC., | ) |
|     Defendant, | ) |
| SEA WATCH INTERNATIONAL, LTD., | ) |
|     Defendant and Third-Party Plaintiff | ) |
| v. | ) |
| Woods CRW, Corporation | ) |
|     Third-Party Defendant | ) |

10/23/01

## THIRD-PARTY COMPLAINT OF
## SEA WATCH INTERNATIONAL, LTD. AND JURY CLAIM

1.  Plaintiff, Alexander Voehringer, has filed a complaint against defendant, Palex Incorporated and defendant, Sea Watch International, Ltd. ("Sea Watch") a copy of which is hereto attached as "Exhibit A."

2.  The defendant/third-party plaintiff, Sea Watch International, is a Maryland corporation with a place of

business at 15 Antonio Costa Avenue, New Bedford, Massachusetts.

3. The third-party defendant, Woods CRW Corporation ("CRW"), is a Vermont Corporation with a place of business in Worcester, Massachusetts.

4. On or about March 9, 2000, the plaintiff, Alexander Voehringer, alleges that he was struck by an apparatus of an industrial crane, owned and operated by Sea Watch, while he was in the hold of the *F/V John N*, a fishing boat on which he was working.

5. The third-party defendant, CRW, provided maintenance and service on said industrial crane.

6. The third-party defendant, CRW had knowledge of an alleged defective condition of the latch on the crane's hook.

7. The third-party defendant, CRW, negligently caused the allegedly defective hook on said industrial Crane to remain in service.

8. The plaintiff was struck by a spreader bar which allegedly became disengaged from the hook while empty clam cages were being loaded into the *F/V John N*.

9. The plaintiff's damages, if any, were the direct and proximate result of the negligence of the third-party defendant, CRW.

## COUNT I - COMMON LAW INDEMNIFICATION

10. The third-party plaintiff repeats and incorporates by reference its allegations contained in Paragraphs 1 through 9 above as if they were set forth herein.

11. Sea Watch denies any fault or wrongdoing, but it may be exposed to liability to plaintiff due to the wrongful acts of CRW.

12. If the plaintiff recovers judgment against Sea Watch then Sea Watch is entitled to complete indemnification from CRW.

WHEREFORE, Sea Watch International, Ltd. demands judgment against Woods CRW Corporation for all sums which may be awarded against it in favor of the plaintiff, plus interest and costs.

## COUNT II - CONTRIBUTION

13. The third-party plaintiff repeats and incorporates by reference its allegations contained in Paragraphs 1 through 12 above as if they were set forth herein.

14. Sea Watch denies it was negligent but says that it if is found to have been negligent, then CRW is jointly liable with Sea Watch for the damages alleged in plaintiff's complaint and that Sea Watch is entitled to Contribution.

WHEREFORE, Sea Watch International, demands judgment against Woods CRW Corporation in the full amount it is entitled to pursuant to the law.

**THIRD PARTY PLAINTIFF, SEA WATCH INTERNATIONAL, REQUESTS A JURY TRIAL ON ALL ISSUES**

Respectfully submitted,

*/s/ Wayne Gallo*
David O'Connor
BBO No. 544166
Wayne A. Gallo
BBO No. 55477
O'CONNOR & ASSOCIATES
100 State Street, 4th Floor
Boston, MA 02109
(617) 723-7210